**2003–0969.   Lumbermans Mut. Cas. Co. v. Xayphonh.**
Summit App. No. 21217, 2003-Ohio-1482. This cause is pending before the court on certification of a conflict from the Court of Appeals for Summit County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.